UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 29 2008

JUL 29 2008 mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Patterson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Off. Mitchell, et al
Off. John Does,

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV4324**
**JUDGE GUZMAN**
Case **MAGISTRATE JUDGE KEYS**
(To

CHECK ONE ONLY:

___✓___ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _None_

B. Approximate date of filing lawsuit: _None_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _None_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _None_

F. Name of judge to whom case was assigned: _None_

G. Basic claim made: _None_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _None_

I. Approximate date of disposition: _None_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff's complaint is against the Chicago Police for violating his Constitutional Rights under the Fourth and Fourteenth Amendments, For False arrest, False incarceration and Malicious Prosecution.

Statement of Facts

On Jan. 26 at about 3:00 P.M. which was a Saturday, Plaintiff was walking down 37th in King Drive from the liquid Store, when the Chicago police Pull up next to him while Plaintiff was drinking a Paint of Whiskey. The officer told Plaintiff to Pour it out, But Plaintiff Drunk the rest of the Whiskey up, that made the officer mad. Plaintiff were arrested and taking to 51st and Wentworth Police Station, Where Plaintiff found out later that he was not

Charge with Drinking in a Public way, but, the arresting officer had in fact Charge him with Delevery to an Undercover Officer one Bag of "Heroin".

Where upon the Chicago Police Officer Mitchell and four other unknown officer should have charge the Plaintiff with "Drinking in a Public way, but instead, they decided to place a bag of "Heroin" on the Plaintiff and charge him with an attempt to Delever to an undercover officer in violation of Plaintiff's Constitutional Rights under the Fourth and Fourteenth Amendment.

Plaintiff stayed incarcerated for over 6 months in violation of his constitutional Rights under the Fourteenth Amendment.

Plaintiff Suffer "Mental and Emotional" detress due to his long incarceration in violation his constitutional Rights, under the Fourth and Fourteenth Amendment.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like This Honorable Court to make the Defendants Compensate the Plaintiff in the sum of 350,000 for his Pain and Suffering as well as his Mental and Emotion detress that came upon his False incarceration.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 15, 20 08

_John Patterson_
(Signature of plaintiff or plaintiffs)

John Patterson
(Print name)

2008000662
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

6

Revised 9/2007